No. 97–1371. DUFFY *v.* WOLLE ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1453. KUIPER ET AL. *v.* AMERICAN CYANAMID CO. C. A. 7th Cir. Certiorari denied.

No. 97–1557. PLAIN *v.* SEARS, ROEBUCK & CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1566. DETERESA *v.* AMERICAN BROADCASTING COS., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1568. CLYNES ET UX., AS PARENTS AND NEXT FRIENDS OF CLYNES *v.* FT. ZUMWALT SCHOOL DISTRICT ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1570. COMMISSIONER OF REVENUE OF MASSACHUSETTS *v.* NATIONAL PRIVATE TRUCK COUNCIL, INC. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–1573. ELISABETH H. ET AL. *v.* CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES ET AL. Sup. Ct. Conn. Certiorari denied.

No. 97–1574. CONTAMINATED SOIL CONSULTANTS, INC. *v.* JOSEPH SMITH & SONS, INC. C. A. 4th Cir. Certiorari denied.

No. 97–1586. HUFNAGEL *v.* MEDICAL BOARD OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–1587. KRIPPENE, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF KRIPPENE, DECEASED *v.* BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1589. ERNST & YOUNG *v.* COMMISSIONER OF INSURANCE OF MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–1592. COLERAIN HILLS INVESTMENT CO. *v.* BOARD OF REVISION OF HAMILTON COUNTY ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.